

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2019

No. 04-19-00703-CV

**IN THE INTEREST OF W.E.L., A CHILD**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-00617
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

The clerk's record and reporter's record was due to be filed in this appeal on October 21, 2019. On October 28, 2019, the trial court clerk and two of the court reporters responsible for preparing a portion of the reporter's record filed notifications of late record stating the records have not been filed because appellant has failed to pay or make arrangements to pay the fees for preparing the records and appellant is not entitled to appeal without paying the fees. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the fees have been paid or arrangements have been made to pay the fees; or (2) appellant is entitled to appeal without paying the fees. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk